UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00138-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. SALOMON VASQUEZ-JIMENEZ,
**2. JOSE CRUZ-MORALES,**

       Defendants.

## ORDER RESETTING SENTENCING HEARING

**IT IS ORDERED** that the sentencing hearing set for Defendant Jose Cruz-Morales on **October 10, 2006 is VACATED** and reset to **October 30, 2006 at 11:30 a.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 20th day of September, 2006

       **BY THE COURT:**

       */s/ Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge